IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SEAN B. MERCER,

    Defendant.

:   Case No. 3:15cr165

:   JUDGE WALTER H. RICE

:

:

---

ORDER DELAYING EXECUTION OF SENTENCE
AND RECOMMENDATION OF FACILITY

---

For good cause shown, it is hereby ordered that the Defendant's execution of sentence be delayed until February 14, 2018.

The Court requests that the defendant be designated to Lexington Federal Medical Center.

November 15, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record